AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Souther District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Adam Edward Tonge ) | Case No.   18-MJ-6300 |
| _____ ) | |
| *Defendant* ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date:   07/19/2018

*Defendant's signature*

*Signature of defendant's attorney*

Kimberly Acevedo / 286861
*Printed name and bar number of defendant's attorney*

40 N.W. 3rd Street, Suite 200
Miami, FL 33128

*Address of defendant's attorney*

ka@rosenbaumacevedolaw.com
*E-mail address of defendant's attorney*

305-446-6099
*Telephone number of defendant's attorney*

305-675-6156
*FAX number of defendant's attorney*