# COURT MINUTES

## United States Magistrate Judge Alicia O. Valle

Courtroom 207-A      Date: 7/19/18     Time: 11:00 a.m.

---

**Defendant:** Adam Edward Tonge(B)    **J#:** 18850-104    **Case #:** 18-6300-AOV
**AUSA:** Cynthia Wood     **Attorney:** Joseph Rosenbaum, Esq. (Temp) Kimberly Acevedo, Esq
**Violation:** Wire Fraud
**Proceeding:** RRC/ Preliminary Hearing/Arraignment    **CJA Appt:**
**Bond/PTD Held:** ☐ Yes ☐ No    **Recommended Bond:**
**Bond Set at:** $100K PSB    **Co-signed by:**

☐ Surrender and/or do not obtain passports/travel docs
☐ _____ x's a week/month by phone: _____ x's a week/month in person
☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: _____
☐ Other:

**Language:** English

**Disposition:** Defendant present. Defense request for 30 day extension - granted. Report Re Counsel hearing reset. Government motion for 60 day extension - granted. Waiver of Preliminary Hearing signed in open court.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel: 8-20-2018 @ 11am Valle
PTD/Bond Hearing:
Prelim/Arraign or Removal: 9-19-18 @ 11am Valle
Status Conference RE:
D.A.R. 11:07:04     Time in Court: 10mins

**CHECK IF APPLICABLE:** _____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

3